**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEAN POPE AND G.D., A MINOR,**<br><br>　　　Plaintiff,<br><br>　　v.<br><br>**CAROLYN COLVIN, COMMISSIONER OF SOCIAL SECURITY,**<br><br>　　　Defendant. | Case No.: 14-CV-3175<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　On July 14, 2014, the Clerk of Court issued a Procedural Order for Social Security Review Actions, which governs this case. (Dkt. No. 3 ("Order").) Pursuant to Civil Local Rule 16-5, that Order instructed that within 28 days of service of defendant's answer in this action, plaintiff shall serve and file a motion for summary judgment.

　　In accordance with the Order, defendant filed its answer, together with a certified manual copy of the transcript of the administrative record, on November 3, 2014. (Dkt. Nos. 10, 11, 12, 13, 14.) Under the Order governing this case and Local Civil Rule 16-5, plaintiff was required to file a motion for summary judgment on December 1, 2014.[1] As of the date of this Order, plaintiff has not filed anything. As a result, the Court is considering dismissing plaintiff's lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

　　The Court hereby extends plaintiff's time to file the required motion for summary judgment. **Plaintiff shall file said motion no later than January 16, 2015. Failure to file by that date will result in dismissal of this lawsuit for failure to prosecute.**

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

The Court further notes that plaintiff may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Dated: December 17, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**