UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEAN POPE, ET AL.,**<br>　　　　Plaintiffs,<br>　　v.<br>**CAROLYN COLVIN,**<br>　　　　Defendant. | Case No.  14-cv-03175-YGR<br><br>**ORDER RE: (1) STIPULATED REQUEST FOR AN EXTENSION; (2) FILING GUIDELINES; AND (3) GUARDIAN AD LITEM APPLICATION**<br>Re: Dkt. Nos. 17, 18 |

On December 17, 2014, the Court issued two orders in this case, directing plaintiff to: (1) inform the Court regarding his consent or declination to a magistrate judge (Dkt. No. 15); and (2) file a motion for summary judgment by no later than January 16, 2015, in light of plaintiff's failure to file such a motion when due on December 1, 2014 (Dkt. No. 16).

Plaintiff responded to the foregoing orders on December 30, 2014, at Docket Nos. 18 and 17, respectively. Plaintiff indicated that he had previously submitted two documents to the Court: (1) a declination to a magistrate judge; and (2) a stipulated request for an extension of the deadline for plaintiff to file a motion for summary judgment to March 1, 2015. The latter document bears a stamp from the court clerk, dated November 24, 2014. However, neither document includes a proof of service. Further, neither appears on the case docket as a standalone filing.

**I.　STIPULATED REQUEST FOR AN EXTENSION**

In light of the stipulated request, the Court **GRANTS** plaintiff an extension to file a motion for summary judgment. The motion is now due on **March 1, 2015**.

**II.　FILING GUIDELINES**

For plaintiff's information, a Pro Se Handbook is available free of charge in the Clerk's Office or online at http://www.cand.uscourts.gov/prosehandbook. The handbook includes a chapter on the rules for serving documents on the other parties to the lawsuit.

### III. GUARDIAN AD LITEM APPLICATION

Jean Pope apparently seeks to represent G.D., a minor, in this action, but has not substantiated this representative status pursuant to Federal Rule of Civil Procedure 17(c). Jean Pope shall file an application to proceed as guardian ad litem for plaintiff. For Pope's convenience and, by way of example, the Court attaches to this Order a California state form application for appointment as guardian ad litem. An application to serve as the guardian ad litem for the minor shall be filed with the Court by **February 10, 2015** and should contain substantially the same information as requested on the attached form, including a declaration signed under penalty of perjury.

The Court further notes that plaintiff may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**