MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.D.,<br>by and through his Guardian Ad Litem,<br>JEAN POPE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Civil No. 4:14-cv-3175-YGR<br><br>[**PROPOSED**] **ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>***AS MODIFIED BY THE COURT*** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her Motion for Summary Judgment by 30 days to April 30, 2015, and that all other scheduling dates set forth in the Court's prior scheduling orders shall be extended accordingly. This is Defendant's first request for an extension of time in this matter. There is good cause for this extension because counsel for Defendant is currently responsible for numerous district court cases at various stages of litigation, as well as conducting discovery in a proceeding before the Equal

Stipulation to Extend Briefing Schedule, 4:14-cv-3175-YGR                           1

Employment Opportunity Commission.  Good cause for this extension also exists because additional time is needed to fully research the novel issues presented in Plaintiff's summary judgment motion.

Respectfully submitted,

Date: <u>March 25, 2015</u>	BAY AREA LEGAL AID

By:	<u>/s/ Asim H. Modi for Donald H. Medearis</u>
DONALD H.  MEDEARIS
*Authorized by e-mail on March 25, 2015*
Attorneys for Plaintiff

Date: <u>March 25, 2015</u>	MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

BY:	<u>/s/ Asim H, Modi</u>
ASIM H. MODI
Special Assistant United States Attorney

### [PROPOSED] ORDER

This Order terminates Docket Number 25.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 29, 2015

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE