UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JEAN POPE for G.D., A MINOR**,

    Plaintiff,

  vs.

**CAROLYN COLVIN**,

    Defendant.

Case No.: 14-cv-3175 YGR

**JUDGMENT**

The Court having granted the Motion for Summary Judgment of Defendant, it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated August 21, 2015.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**